```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 10484
   DORIS E MADALON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7621

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/24/2006 and was confirmed 01/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/23/2009.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID            PAID
-----------------------------------------------------------------------
ASPIRE                     UNSECURED        3423.38          .00         1061.26
ECAST SETTLEMENT CORP      UNSECURED        2653.36          .00          822.55
CAPITAL ONE                UNSECURED        1058.30          .00          328.11
CB & T                     NOTICE ONLY    NOT FILED          .00             .00
CHASE                      UNSECURED      NOT FILED          .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED        3299.55          .00         1022.86
FIRST NORTH AMERICAN NAT   NOTICE ONLY    NOT FILED          .00             .00
FLEET CREDIT CARD SERVIC   UNSECURED      NOT FILED          .00             .00
HSBC NV                    UNSECURED      NOT FILED          .00             .00
KOHLS                      UNSECURED        1641.43          .00          508.86
MIDLAND                    UNSECURED      NOT FILED          .00             .00
CAPITAL ONE                UNSECURED         811.45          .00          251.56
CAPITAL ONE                UNSECURED         571.41          .00          177.13
JEFFERSON CAPITAL SYSTEM   UNSECURED        6196.46          .00         1920.94
US BANK NA                 UNSECURED        3979.40          .00         1233.63
JOHN C DENT                DEBTOR ATTY    2,670.50                       2,670.50
TOM VAUGHN                 TRUSTEE                                         737.66
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              10,735.06

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                  7,326.90
ADMINISTRATIVE                             2,670.50
TRUSTEE COMPENSATION                         737.66
DEBTOR REFUND                                   .00
                    ---------------      ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 10484 DORIS E MADALON
```

TOTALS                              10,735.06           10,735.06

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE